UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONTE JAMAL MCCLELLON,

        Plaintiff,

  v.

STEPHAN ILLA,

        Defendant.

Case No. C25-0609-JHC

ORDER GRANTING IN FORMA PAUPERIS APPLICATION

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkts. 1-2,[1] is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 16th day of April, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

---

[1] The filing identified on the docket as a "Motion to Seal IFP Application", Dkt. 2, is a declaration filed in support of the motion to proceed IFP.

ORDER GRANTING IN FORMA PAUPERIS
APPLICATION - 1