UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE JAMAL MCCLELLON,<br><br>Plaintiff,<br><br>v.<br><br>STEPHAN ILLA,<br><br>Defendant. | CASE NO. 25-cv-00609-JHC<br><br>ORDER |

Before the Court is Plaintiff's "*Pro Se* Motion for Court Service of Complaint." Dkt. # 8. For the reasons below, the Court GRANTS the motion.

Plaintiff proceeds pro se and *in forma pauperis* (IFP). Dkt. # 5. Upon an IFP plaintiff's request, "the officers of the court shall issue and serve all process." 28 U.S.C. § 1915(d). Federal Rule of Civil Procedure 4(c)(3) further provides, "[a]t the plaintiff's request the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis."

Accordingly, the Court GRANTS the motion and ORDERS as follows:

ORDER - 1

1. The Clerk shall provide a copy of this order, the complaint (Dkt. # 6), and the summons for Defendant (Dkt. # 1-5), to the United States marshal or deputy marshal no later than May 9, 2025.

2. The United States marshal or deputy marshal shall serve Defendant with the applicable summons and complaint no later than June 9, 2025.

Dated this 7th day of May, 2025.

John H. Chun
United States District Judge

ORDER - 2