UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE JAMAL MCCLELLON,<br><br>  Plaintiff,<br><br> v.<br><br>STEPHAN ILLA,<br><br>  Defendant. | CASE NO. 25-cv-00609-JHC<br><br>ORDER |

On May 7, 2025, the Court ordered Plaintiff to show cause within 10 days why this case should not be dismissed for lack of subject matter jurisdiction under Rule 12(b)(1). Dkt. # 12. More than 10 days later, Plaintiff still has not responded to this order or attempted to show the Court has subject matter jurisdiction over this litigation. Thus, Plaintiff's complaint must be dismissed. Dkt. # 6; *see Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006) ("When a federal court concludes that it lacks subject-matter jurisdiction, the court must dismiss the complaint in its entirety.").

Accordingly, this case is DISMISSED without prejudice and the pending motion to dismiss, Dkt. # 14, is STRICKEN as moot.

ORDER - 1

Dated this 20th day of May, 2025.

                                                                   John H. Chun  
                                                                   United States District Judge

ORDER - 2