UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE JAMAL MCCLELLON,<br><br>Plaintiff,<br><br>v.<br><br>STEPHAN ILLA,<br><br>Defendant. | CASE NO. 25-cv-00609-JHC<br><br>ORDER |

This matter comes before the Court on pro se Plaintiff Donte Jamal McClellon's Motion to Reopen Case. Dkt. # 21.

On May 7, 2025, the Court ordered Plaintiff to show cause within ten days why this case should not be dismissed for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1). Dkt. # 12. Thirteen days later, on May 20, 2025, Plaintiff still had not responded to the Court's order. *See* Dkt. # 17. So the Court dismissed this matter without prejudice under Rule 12(b)(1). *Id.*

Despite this case being closed for nearly five months, Plaintiff now asks the Court to reopen it. Dkt. # 21. The high standards for altering or amending a judgment or granting relief

ORDER - 1

from a judgment are not satisfied here. *See* Fed. R. Civ. P. 59, 60. Nevertheless, as this case was dismissed without prejudice, Plaintiff may still seek to file a new action.

For these reasons, the motion is DENIED. Dkt. # 21.

Dated this 29th day of October, 2025.

John H. Chun
United States District Judge

ORDER - 2